PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
      Social Security Administration
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone: 510-970-4810
      Facsimile: 415-744-0134
      Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RENEA MCDONALD, | ) Civil No. 2:24-cv-00940-DJC-DMC |
|     Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO EXTEND** |
|     v. | ) **BRIEFING SCHEDULE** |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
|     Defendant. | ) |
| | ) |
| | ) |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of 30 days to respond to Plaintiff's Motion for Summary Judgment in this case.  In support of this request, the Commissioner respectfully states as follows:

1.     The Commissioner's response to Plaintiff's Motion for Summary Judgment is due July 29, 2024.  Defendant has not previously received an extension of this deadline.

2.     Counsel for the Commissioner is in the process of discussing the defensibility of this matter with his client.  Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter.  Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

3.     Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4.     This request is made in good faith and is not intended to unnecessarily delay the proceedings in this matter.

WHEREFORE, Defendant requests until August 28, 2024, respond to Plaintiff's Motion for Summary Judgment.

Date: _July 30, 2024_              LAW OFFICES OF FRANCESCO BENAVIDES

                         By:     _/s/ Francesco Benavides_*
                                 FRANCESCO BENAVIDES
                                 *Authorized by email on July 30, 2024*
                                 Attorneys for Plaintiff


Date: _July 30, 2024_              PHILIP A. TALBERT
                                 United States Attorney
                                 Eastern District of California

                         By:     _/s/ Caspar Chan_
                                 CASPAR CHAN
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED

**Dated:  July 30, 2024**



_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE