PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RENEA MCDONALD,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:24-cv-00940-DJC-DMC<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing; develop the record as necessary; and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: <u>August 28, 2024</u>　　　　　　　　　　LAW OFFICES OF FRANCESCO BENAVIDES

　　　　　　　　　　　　　　　　By:　<u>/s/ Francesco Benavides*</u>
　　　　　　　　　　　　　　　　　　　FRANCESCO BENAVIDES
　　　　　　　　　　　　　　　　　　　*Authorized by email on August 28, 2024*
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Date: <u>August 28, 2024</u>　　　　　　　　　　PHILIP A. TALBERT
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　Eastern District of California

　　　　　　　　　　　　　　　　By:　<u>/s/ Caspar Chan</u>
　　　　　　　　　　　　　　　　　　　CASPAR CHAN
　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED

Date:  August 28, 2024　　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE